David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Aaron R. Goldstein, Bar No. 239423
AGoldstein@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.843.1284

Attorneys for Defendants
CALIBER HOME LOANS, INC.;
SUMMIT MANAGEMENT COMPANY, LLC;
and U.S. BANK TRUST, N.A., AS TRUSTEE
FOR LSF9 MASTER PARTICIPATION TRUST
(erroneously sued as U.S. Bancorp. Inc. dba U.S.
Bank Trust, N.A., as Trustee for LSF9 Master
Participation Trust)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH NG, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>            Defendants. | Case No. 15-cv-8042<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>(Local Rule 7.1-1)<br><br>*Filed on behalf of Caliber Home Loans, Inc.; Summit Management Company, LLC; and U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust* |

70329-0261/128187372.1

1   **TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

2      Pursuant to L.R. 7.1.-1 and Fed. R. Civ. P. 7.1, the undersigned counsel of

3   record for defendants Caliber Home Loans, Inc. ("Caliber"), Summit Management

4   Company, LLC ("Summit") and U.S. Bank Trust, N.A., as Trustee for LSF9 Master

5   Participation Trust ("U.S. Bank") (collectively "Defendants") certify that the

6   following listed parties may have a direct, pecuniary interest in the outcome of this

7   case:

8      1.   **Caliber** is a corporation incorporated under the laws of the State of

9   Delaware with its principal place of business in the State of Texas. No publicly held

10  corporation owns ten percent or more of Caliber's stock.

11     2.   **Summit** is a Delaware limited liability company wholly owned by

12  Caliber.

13     3.   **U.S. Bank** is a national banking association whose Articles of

14  Association designate the location of its main office as Wilmington, Delaware. U.S.

15  Bank is a wholly-owned subsidiary of U.S. Bancorp. No publicly held corporation

16  owns ten percent or more of U.S. Bank or U.S. Bancorp stock.

17     These representations are made to enable the Court to evaluate possible

18  disqualification or recusal.

19  DATED: October 14, 2015          **PERKINS COIE LLP**

20

21                          By: */s/ Aaron R. Goldstein*
                                Aaron R. Goldstein, Bar No. 239423
22                              AGoldstein@perkinscoie.com

23                          Attorneys for Defendants
                            CALIBER HOME LOANS, INC.;
24                          SUMMIT MANAGEMENT COMPANY, LLC;
                            and U.S. BANK TRUST, N.A., AS TRUSTEE
25                          FOR LSF9 MASTER PARTICIPATION
                            TRUST (erroneously sued as U.S. Bancorp. Inc.
26                          dba U.S. Bank Trust, N.A., as Trustee for LSF9
                            Master Participation Trust)

27

28

## PROOF OF SERVICE BY OVERNIGHT DELIVERY

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park E., Suite 1700, Los Angeles, California 90067-1721. On October 14, 2015, I deposited with Federal Express, a true and correct copy of the within documents:

### CERTIFICATE AND NOTICE OF INTERESTED PARTIES

in a sealed envelope, addressed as follows:

> Kaivan Harouni, Esq.
> Steven Nguyen, Esq.
> HAROUNI LAW GROUP
> 5950 Canoga Avenue, Suite 550
> Woodland Hills, California 91367
> Telephone: 310-693-8333
> Facsimile: 310-494-9499
> Email: KH@Harounilaw.com
> Email: S.Nguyen@Harounilaw.com
>
> Attorneys for Plaintiff,
> ELIZABETH NG

Following ordinary business practices, the envelope was sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for overnight delivery on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 14, 2015, at Los Angeles, California.



Jose Gamez

70329-0261/128187372.1     -3-     CERTIFICATION AND NOTICE OF INTERESTED PARTIES